STANDARD OIL COMPANY OF NEW YORK, Appellant, *v.* CLIFFORD S. BRINKERHOFF, Respondent, Impleaded with Another.

(Submitted May 11, 1931; decided May 19, 1931.)

*William J. Walker* for motion.
*Courtland Palmer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.